**Order filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00474-CV
_____

### JACK RAINES, Appellant

### V.

### BAYSHORE RV & MOBILE HOME PARK, Appellee

---

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0081076**

---

## O R D E R

The notice of appeal in this case was filed June 11, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 20, 2018.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM